IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC._*Plaintiff*,_ v. LESTER HOWELL, *et al.*, _Defendants._ | CIVIL ACTION NO. 18-02318 |

## ORDER

**AND NOW**, this 24th day of April, 2019, upon consideration of Plaintiff's Motion for Default Judgment, (ECF No. 10), it is **ORDERED** that:

1. Plaintiff's Motion against Lester and Shamah Howell d/b/a Bottoms Up 215 is **GRANTED**.

2. Plaintiff's Motion seeking to hold Lester and Shamah Howell vicariously liable is **DENIED**.

3. Judgment is entered in favor of Plaintiff and against Lester and Shamah Howell d/b/a Bottoms Up 215 in the amount of $5,200 in actual or statutory damages, $5,200 in enhanced damages, and $898.09 in filing and service costs, for a total of $11,298.09.

4. Plaintiff may file an application for reasonable attorneys' fees pursuant to 47 U.S.C. § 553(c)(2)(C) on or before May 8, 2019.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.